APPALACHIAN INSURANCE COMPANY, Respondent, v GENERAL ELECTRIC COMPANY, Appellant, and RIUNIONE ADRIATICA DI-SICURTA, Also Known as ADRIATIC INSURANCE COMPANY et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Submitted April 2, 2007; decided May 1, 2007

Motion for reargument and to amend the opinion and remittitur denied [see 8 NY3d 162].

Judges READ and JONES taking no part.

LANCE BING, Appellant, v FAIRFIELD PRESIDENTIAL MANAGEMENT CORP., Also Known as PRESIDENTIAL FAIRFIELD CORP., et al., Respondents.

FAIRFIELD PRESIDENTIAL ASSOCIATES, Respondent, v LANCE BING, Appellant.

Submitted March 12, 2007; decided May 1, 2007

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in these actions commenced in the Civil Court of the City of New York (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).